1 **BRYAN CAVE LLP**
Julie E. Patterson, (California Bar No. 167326)
2 Julie W. O'Dell (California Bar No. 291083)
3161 Michelson Drive, Suite 1500
3 Irvine, California 92612-4414
Telephone:  (949) 223-7000
4 Facsimile:  (949) 223-7100
E-Mail:  jepatterson@bryancave.com
5          julie.odell@bryancave.com
**BRYAN CAVE LLP**
6 Brian A. Sher, (Illinois Bar No. 6196964)
*(Admitted Pro Hac Vice)*
7 161 North Clark Street, Suite 4300
Chicago, IL 60601-3315
8 Telephone:  (312) 602-5000
Facsimile:  (312) 602-5050
9 E-Mail:  brian.sher@bryancave.com

10 Attorneys for Defendant
U.S. SECURITY ASSOCIATES, INC.

11          IN THE UNITED STATES DISTRICT COURT

12            CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13 JUAN LEAL-CARDENAS, individually, and on behalf of all others similarly situated, current and former employees of defendants,<br><br>Plaintiffs,<br><br>v.t<br><br>U.S. SECURITY ASSOCIATES, INC., a corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: EDCV 14-00984-GHK(Ex)<br><br>(Consolidated with Stone v. USSA – Case No. 2:15-cv-02366-GHK (Ex))<br><br>Mag. Charles F. Eick / Room 20<br><br>(Superior Court Case No. RIC 1306430)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:  May 31, 2013<br>FAC Filed:  June 25, 2013<br>Trial Date:  Not Assigned |
| 22 ROBERT STONE, an individual,<br><br>Plaintiff,<br>v.<br>U.S. Security Associates, Inc., et al.<br><br>Defendants. | 2:15-cv-02366-GHK (Ex) CLOSED<br>Consolidation:  July 27, 2015<br><br>(Superior Court No. BC570451) |

IR01DOCS\813875.1\0363836                                                   14-cv-000984
ORDER GRANTING STIPULATED PROTECTIVE ORDER

## ORDER

Having read the Stipulation of the parties for a Protective Order and good cause appearing therefor, **IT IS SO ORDERED.**

Dated: 6/20/16

Honorable Charles F. Eick
U.S. Magistrate Judge